In the Matter of the Submission of the Dispute between JOSEPH BISCEGLIA & SONS, INC., Contractor, Appellant, and THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 7, TOWN OF HARRISON, N. Y., Owner, Respondent, and MICHAEL GALASSO, Plumbing and Heating Contractor, to Arbitration, etc.— Order granting respondent's petition, determining that appellant's claim and supplemental claim are not subject to arbitration, declaring the appointment of arbitrators invalid, and restraining and enjoining them affirmed, with ten dollars costs

and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.